UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| 3081 MAIN STREET, LLC d/b/a <br> NEW ENGLAND WINE AND SPIRITS, <br><br> Plaintiff, <br><br> v. <br><br> BUSINESS OWNERS LIABILITY <br> TEAM, LLC d/b/a BOLT INSURANCE <br> AGENCY, <br><br> Defendant. | No. 3:11-CV-01320-PCD <br><br><br><br> February 14, 2012 |

MEMORANDUM IN OPPOSITION
TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Defendant responds, as follows, to the plaintiff's motion for class certification (Doc. No. 14) filed January 26, 2012.

The defendant opposes the plaintiff's motion for class certification on the grounds that it is premature, based upon no record developed in the action, based largely on speculation by counsel and admittedly filed by plaintiff's counsel for the purely tactical purpose of attempting to avoid a claim of mootness by defendant on the basis of settlement offers that propose to afford the plaintiff all the relief to which it would conceivably be entitled under the statutes at issue in this action.

To necessitate the full briefing and decision on the instant motion would be an unnecessary waste of the parties' and the Court's resources at this time. Accordingly, the defendant proposes that the plaintiff's motion be denied without prejudice at this time, subject to its renewal at an appropriate later date, if any. If

the Court insists on a fully briefed response at this time, the defendant requests additional time, to and including three (3) weeks from the date of the notice by the Court of such need.  If such briefing is not needed at this time, defendant requests an appropriate amount of time after plaintiff supplements or renews its submission in support of class certification.

        Respectfully submitted,

        THE DEFENDANT
        BUSINESS OWNERS LIABILITY
        TEAM, LLC d/b/a BOLT INSURANCE
        AGENCY


By:_____/s/_____
    Jonathan D. Elliot (ct05762)

        Zeldes, Needle & Cooper, P.C.
        1000 Lafayette Boulevard
        Bridgeport, CT  06604
        Tel:   203-333-9441
        Fax:   203-333-1489
        E-Mail:  jelliot@znclaw.com

Its Attorneys

## **CERTIFICATION**

  I hereby certify that on February14, 2012, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                 /s/
              Jonathan D. Elliot