UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

3081 MAIN STREET, LLC d/b/a
NEW ENGLAND WINE AND SPIRITS,

        Plaintiff,

v.

BUSINESS OWNERS LIABILITY
TEAM, LLC d/b/a BOLT INSURANCE
AGENCY,

        Defendant.

No. 3:11-CV-01320-SRU

### STIPULATION FOR DISMISSAL WITH PREJUDICE

The Plaintiff and Defendant, by and through the undersigned, hereby stipulate that the above entitled action shall be dismissed with prejudice to Plaintiff on its complaint and without costs and/or attorney's fees to any party.

| THE PLAINTIFF,<br>3081 MAIN STREET, LLC<br>d/b/a NEW ENGLAND WINE AND SPIRITS | THE DEFENDANT,<br>BUSINESS OWNERS LIABILITY<br>TEAM, LLC d/b/a BOLT INSURANCE AGENCY |
|---|---|
| By: *(signature)*<br>Aytan Y. Bellin, Esq.<br>Bellin & Associates, LLC<br>85 Miles Avenue<br>White Plains, NY 10606<br>Tel: 914-358-5345<br>Fax: 212-571-0284<br>Email: aytan.bellin@bellinlaw.com | By: *(signature)*<br>Jonathan D. Elliot<br>Zeldes, Needle & Cooper, P.C.<br>1000 Lafayette Boulevard<br>Bridgeport, CT  06604<br>Tel:     203-333-9441<br>Fax:    203-333-1489<br>E-Mail:  jelliot@znclaw.com |
| Its Attorney | Its Attorneys |

So Ordered: _____   Date: _____